UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EMILY BROWNELL,<br><br>Defendant. | Case No.  6:23-mj-00024-HBK<br><br>ORDER EXTENDING PROBATION AND CONTINUING REVIEW HEARING<br><br>(Doc. No. 11) |

Pending before the Court is Defendant's Unopposed Motion to Extend Probation and Modify Terms of Probation filed September 3, 2024.  (Doc. No. 11).  The parties jointly petition the Court to extend Defendant's period of probation by sixty (60) days and to continue the October 1, 2024 Review Hearing to December 10, 2024.  (*Id*.).  Pursuant to 18 U.S.C. § 3563(c) and Fed. R. Crim. P. 32.1(c), the Court grants the Motion.

On November 14, 2023, Defendant plead guilty to a violation of 36 C.F.R. § 4.23(a)(2), DUI with blood alcohol content over 0.08 grams, and was sentenced to 12 months of unsupervised probation, ordered to pay a $500 fine and a $10 special assessment; complete a First Time DUI Offender Program before the end of the term of probation; not operate a motor vehicle with any detectable amount of alcohol; not refuse or fail to complete a chemical test to determine blood alcohol content; report the U.S. Marshall for post-plea processing; and attend mental health

treatment once a week for the first 26 weeks of probation. (Doc. Nos. 7, 8). Defendant's probationary period expires on November 14, 2024, but she requires additional time to complete the DMV First Time Offender DUI Course. Defendant otherwise has complied with the other terms of her probation. Defendant expressly waives any right to hearing on the modification. Fed. R. Crim. P. 32.1(c)(2)(A).

Accordingly, it is **ORDERED**:

1. The Unopposed Motion to Extend Probation and Modify Terms of Probation (Doc. No. 11) is GRANTED.

2. Pursuant to 18 U.S.C. § 3563(c), the Court extends Defendant's probation to January 14, 2025.

3. The October 1, 2024 Review Hearing is CONTINUED to December 10, 2024 at 10:00 a.m. with a status report due on or before November 26, 2024.

Dated:   September 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE